Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON HARDIN**, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **TRUEACCORD CORP;** DOES 1-10 Inclusive, <br><br> Defendants. | Case No. 17-cv-01518-ODW-JPR <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 11th Day of July, 2017,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff


By: s/ Tim Johnson

Attorney for Defendant

Filed electronically on this 11th Day of July, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Hon. Judge Otis D. Wright, II
United States District Court
Central District of California

And all counsel registered on ECF.

This 11th Day of July, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN