Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **SHARON HARDIN**, individually and all others similarly situated, | Case No. 17-cv-01518-ODW-JPR |
| Plaintiffs, | [PROPOSED] ORDER OF DISMISSAL |
| vs. | |
| **TRUEACCORD CORP;** DOES 1-10 Inclusive. | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, Sharon Hardin, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 11th day of July 2017

*/s/ Otis D. Wright*

The Honorable Judge Otis D. Wright, II

[Proposed]Order to Dismiss - 1